THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
AL KESHNER, Appellant, et al., Defendants.

Submitted February 24, 1953; decided February 26, 1953.

Motion for reargument and to amend remittitur denied.
[See 304 N. Y. 968.]